No. 82–530. KNAPP ET AL. *v.* CARDWELL ET AL. C. A. 9th Cir.;

No. 82–5319. SIMON *v.* TENNESSEE. Sup. Ct. Tenn.;

No. 82–5519. MORGAN *v.* FLORIDA. Sup. Ct. Fla.; and

No. 82–5534. WHITE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 82–530, 667 F. 2d 1253; No. 82–5319, 635 S. W. 2d 498; No. 82–5519, 415 So. 2d 6; No. 82–5534, 415 So. 2d 719.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.